

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE BLACK DELL INSPIRON ONE 2020 DESKTOP, MODEL W06B AND THE BLUE TOSHIBA LAPTOP, MODEL SATELLITE, S/N 6B351781W LOCATED AT 300 ARBORETUM PLACE, SUITE 500, RICHMOND, VA 23236 | Case No. 3:19SW 99<br><br>**Filed Under Seal** |

## MOTION TO SEAL

COMES NOW the United States of America through its undersigned attorney and requests that the accompanying Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant Affidavit and Attachments, the Inventory Returns, this Motion to Seal, and the Order to Seal be placed under seal of this Court for the following reasons:

1. The government states that the disclosure of the documents could alert suspects in a criminal investigation and/or hinder the government's efforts in the investigation by causing the flight of the target and/or confederates, as well as the destruction of evidence.

2. The government requests that the stated documents be placed under seal by this Court for a period of one hundred and eighty (180) days.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

Date: March 13th, 2019    By: /s/ Angela Mastandrea-Miller
Angela Mastandrea-Miller
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Telephone: 804-819-5400