

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH THE
BLACK DELL INSPIRON ONE 2020
DESKTOP, MODEL W06B AND THE
BLUE TOSHIBA LAPTOP, MODEL
SATELLITE, S/N 6B351781W LOCATED
AT 300 ARBORETUM PLACE, SUITE 500,
RICHMOND, VA 23236

Case No. 3:19SW 99

**Filed Under Seal**

## ORDER

Upon motion by the United States and for good cause shown, the Search and Seizure

Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant

Affidavit and Attachments, the Inventory Returns, the Motion to Seal, and this Order to Seal

shall be sealed for the following reasons:

1.      The government states that the disclosure of the documents could alert suspects in

a criminal investigation and/or hinder the government's efforts in the ongoing investigation.

2.      The government requests that the stated documents be placed under seal by this

Court for a period of one hundred and eighty (180) days or until further ordered by the Court.

IT IS SO ORDERED.

Signed this 13th day of March 2019

/S/
David J. Novak
United States Magistrate Judge

_____
Honorable David J. Novak
United States Magistrate Judge