AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  File Under Seal
See Attachment A )  3:19sw99
)
)

**FILED MAR 20 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before ___March 27, 2019___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___March 13, 2019 1 pm___           /S/ _____
                                                        David J. Novak
                                                        United States Magistrate Judge

City and state:   Richmond, Virginia            David J. Novak, United States Magistrate Judge
                                                *Printed name and title*



MAR 2 0 2019

CLERK, U.S. DISTRICT COURT
RICHMOND, VA



AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: File Under Seal | Date and time warrant executed: 1900 3/14/19 | Copy of warrant and inventory left with: SA Kyle Temple USSS |
| Inventory made in the presence of: SA Jerome Andrzejczak USSS |||

Inventory of the property taken and name of any person(s) seized:

Dell Inspiron One 2020 Desktop, black in color. Model # W06B

Toshiba laptop, model Satellite, S/N 6B351781W

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/20/19

_____
Executing officer's signature

Kyle Temple Special Agent
Printed name and title